Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

---

### UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                           Docket No. 1:22-CR-0592-01 (RA)

Gideon Misulovin

On March 16, 2022, the above-named was placed on Supervised Release for a period of thirty-six (36) months. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Gideon Misulovin be discharged from Supervised Release.

Respectfully submitted,

by _____
Andrew Leung
U.S. Probation Services Technician

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this  7th  day of  April  , 20 23 .

_____
Honorable Ronnie Abrams
U.S. District Judge